KEITH A. JACOBY, Bar No. 150233
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Fax No.: 310.553.5583
kjacoby@littler.com

RYAN L. EDDINGS, Bar No. 256519
LITTLER MENDELSON, P.C.
5200 North Palm Avenue, Suite 302
Fresno, CA 93704.2225
Telephone: 559.244.7500
Fax No.: 559.244.7525
reddings@littler.com

GREGORY G. ISKANDER, Bar No. 200215
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809
giskander@littler.com

Attorneys for Defendant
T-MOBILE USA, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL SALGADO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., a Delaware corporation; and DOES 1 to 100, inclusive,<br><br>Defendant. | Case No. _____<br>(Kern County Superior Court Case No. BCV-17-100243)<br><br>**DECLARATION OF LATISHA MOSS IN SUPPORT OF DEFENDANT'S NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. SECTION 1332(D)(2)(CAFA)** |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

DECLARATION OF LATISHA MOSS IN SUPPORT OF DEFENDANT'S NOTICE TO FEDERAL COURT OF REMOVAL

Case No. _____

## DECLARATION OF LATISHA MOSS

I, LATISHA MOSS, declare as follows:

1. I am employed by T-Mobile USA, Inc. as Manager, HR Operations, a position I have held since October, 2015. I submit this declaration in support of Defendant T-Mobile USA, Inc.'s ("T-Mobile" or "Defendant") Notice of Removal of Action. I have knowledge of the facts set out below based on my personal knowledge and/or my review of business records and files of T-Mobile. If called as a witness, I could and would competently testify to these same facts.

2. T-Mobile is a corporation organized under the laws of the State of Delaware. T-Mobile's corporate offices and headquarters, which house its executive and administrative functions, are located in Bellevue, Washington.

3. In my capacity as Manager, HR Operations, I have access to, and am authorized to review, and am familiar with, the personnel files, employment history, current and historical electronic employment data, and payroll history of T-Mobile's employees, including that of Plaintiff Emanuel Salgado. I am readily familiar with and review such records in the ordinary course of my job duties.

4. Based on my review of Plaintiff's employment and payroll records, I determined that he earned an average hourly rate of $17.83 at the time of his termination of employment.

5. Based on my review of current and historical electronic employment data, I determined that based on Plaintiff's definition of the putative class, consisting of all current and former hourly-paid employees of Defendant in the position of Sales Representatives, Sales Leads, Retail Associate Managers, Assistant managers, and/or Store Managers, from February 2, 2013 to present, there are approximately 7,000 such individuals. Of these individuals, approximately 3,675 are current employees, and 3,325 are former employees.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925 932 2468

DECLARATION OF LATISHA MOSS IN SUPPORT OF DEFENDANT'S NOTICE TO FEDERAL COURT OF REMOVAL | 2. | CASE NO. _____

1  I declare under penalty of perjury under the laws of the United States and California
2  that the foregoing is true and correct.
3      Executed on March 3, 2017 at Bellevue, Washington.

_____
LATISHA MOSS

Firmwide:146162177.1 999999.2843

DECLARATION OF LATISHA MOSS IN SUPPORT OF DEFENDANT'S NOTICE TO FEDERAL COURT OF REMOVAL    3.    CASE NO. _____

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468