1   KEITH A. JACOBY, Bar No. 150233
    LITTLER MENDELSON, P.C.
2   2049 Century Park East, 5th Floor
    Los Angeles, CA  90067.3107
3   Telephone:     310.553.0308
    Fax No.:       310.553.5583
4   kjacoby@littler.com

5   RYAN L. EDDINGS, Bar No. 256519
    Littler Mendelson, P.C.
6   5200 North Palm Avenue, Suite 302
    Fresno, CA  93704.2225
7   Telephone:     559.244.7500
    Fax No.:       559.244.7525
8   reddings@littler.com

9   GREGORY G. ISKANDER, Bar No. 200215
    Littler Mendelson, P.C.
10  Treat Towers
    1255 Treat Boulevard, Suite 600
11  Walnut Creek, CA  94597
    Telephone:     925.932.2468
12  Facsimile:     925.946.9809
    giskander@littler.com
13
    Attorneys for Defendant
14  T-MOBILE USA, INC.

15              UNITED STATES DISTRICT COURT

16              EASTERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  EMMANUEL SALGADO, on behalf of himself and all others similarly situated, | Case No. |
| 19 | |
| 20  Plaintiff, | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |
| 21  v. | **[FED R. CIVL. P 7.1]** |
| 22  T-MOBILE USA, INC., a Delaware corporation; and DOES 1 to 100, inclusive, | Complaint Filed:  February 3, 2017<br>Trial Date:        None |
| 23  Defendant. | |

24

25       Defendant T-MOBILE USA, INC. ("Defendant") provides the following disclosures in

26  accordance with Rule 7.1 of the Federal Rules of Civil Procedure:

27       T-Mobile USA, Inc., a Delaware corporation, is a wholly-owned subsidiary of T-Mobile US,

28  Inc., a Delaware corporation.  T-Mobile US, Inc. (NASDAQ: TMUS) is a publicly-traded company

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

DEFENDANT'S CORPORATE
DISCLOSURE STATEMENT                              Case No. _____

listed on the NASDAQ Global Select Market of NASDAQ Stock Market LLC ("NASDAQ"). Deutsche Telekom Holding B.V., a limited liability company (*besloten vennootschap met beperkte aansprakelijkheidraies*) organized and existing under the laws of the Netherlands ("DT B.V."), owns more than 10% of the shares of T-Mobile US, Inc. DT B.V. is a direct wholly-owned subsidiary of T-Mobile Global Holding GmbH, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany ("Holding"). Holding, is in turn a direct wholly-owned subsidiary of T-Mobile Global Zwischenholding GmbH, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany ("Global"). Global is a direct wholly-owned subsidiary of Deutsche Telekom AG, an Aktiengesellschaft organized and existing under the laws of the Federal Republic of Germany ("Deutsche Telekom"). The principal trading market for Deutsche Telekom's ordinary shares is the trading platform "Xetra" of Deutsche Börse AG. Deutsche Telekom's ordinary shares also trade on the Frankfurt, Berlin, Düsseldorf, Hamburg, Hannover, München and Stuttgart stock exchanges in Germany. Deutsche Telekom's American Depositary Shares ("ADSs"), each representing one ordinary share, trade on the OTC market's highest tier, OTCQX International Premier (ticker symbol: "DTEGY").

Dated: March 8, 2017

LITTLER MENDELSON, P.C.

By:/s/ *Gregory G. Iskander*
    KEITH A. JACOBY
    RYAN L. EDDINGS
    GREGORY G. ISKANDER
    Attorneys for Defendant
    T-MOBILE USA, INC.

Firmwide:146144407.1 066431.1019

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT   2.   CASE NO. _____