UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL SALGADO, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., a Delaware corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | No. 1:17-cv-00339-DAD-JLT<br><br>ORDER TO STAY BRIEFING AND CONTINUE HEARINGS<br><br>(Doc. No. 8) |

On April 7, 2017, plaintiff filed a motion to remand this action. (Doc. No. 6.) Since that filing, the parties have engaged in meet and confer efforts and have agreed to stay all briefing on plaintiff's motion to remand. The parties filed a stipulation on April 25, 2017 (Doc. No. 8) agreeing to continue the hearing on the motion to remand for at least sixty days. Finally, the parties agreed to continue the scheduling conference in this action currently set for June 28, 2017 for at least sixty days.

The court finds good cause to stay the briefing schedule on plaintiff's motion to remand and continue the hearing on that motion as well as the scheduling conference. Accordingly, such, the hearing on plaintiff's motion to remand is continued to July 25, 2017 at 9:30 a.m. in Courtroom 5 before the undersigned. All briefing deadlines with respect to the opposition and

reply are to be controlled by this new hearing date.  The scheduling conference is continued to September 11, 2017 at 9:00 a.m. in Bakersfield, 510 19th Street before Magistrate Judge Jennifer L. Thurston.  All accompanying meet and confer and joint report filing deadlines are to be controlled by this new scheduling conference date.

IT IS SO ORDERED.

Dated: __**April 27, 2017**__         _____
                                       UNITED STATES DISTRICT JUDGE