UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL SALGADO,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>Defendants. | No. 1:17-cv-00339-DAD-JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO REMAND<br><br>(Doc. No. 13) |

On July 10, 2017, the parties filed a stipulation requesting that the court continue the hearing on plaintiff's pending motion to remand (see Doc. No. 6), and to continue the initial scheduling conference in this case, currently set for September 11, 2017. Good cause having been shown, the court grants the parties' stipulation.

Accordingly,

1. The parties' stipulation (Doc. No. 13) is granted;
2. The hearing on plaintiff's motion to remand (Doc. No. 6) is continued to **September 6, 2017**, at **9:30 a.m.** in Courtroom 5 (DAD) before District Judge Dale A. Drozd;
3. The initial scheduling conference, currently set for September 11, 2017, is vacated; and
4. Within seven days of this order, the parties are directed to contact Susan Hall, Courtroom Deputy to Magistrate Judge Jennifer L. Thurston, at

1

shall@caed.uscourts.gov or (661) 326-6620, to re-schedule the initial scheduling conference.

IT IS SO ORDERED.

Dated: **July 10, 2017**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE