1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMMANUEL SALGADO, on behalf of himself and all others similarly situated, ) ) ) | Case No.: 1:17-cv-00339-JLT |
| Plaintiffs, ) ) | **[~~PROPOSED~~] ORDER RE: JOINT STIPULATION TO CONTINUE** |
| v. ) ) ) | **MOTION FOR CLASS CERTIFICATION DEADLINES;** |
| T-MOBILE USA, INC., a Delaware corporation; and DOES 1 to 100, inclusive, ) ) ) | **ORDER** |
| Defendants. ) ) ) | |

Based upon the stipulation of the parties, the Court **ORDERS** the case schedule to be amended as follows:

    1.    The class certification motion filing deadline:    January 14, 2019

    2.    Discovery deadline for the defendant related to the class certification motion and opposition to the motion for class certification:    March 8, 2019

    3.    Discovery deadline for the plaintiff related to the opposition to the class certification motion and the reply:    April 15, 2019

///

///

///

///

1        4.       Hearing on the motion for class certification:       May 13, 2019, 9:00 a.m.

2

3    IT IS SO ORDERED.

4        Dated:   **October 26, 2018**             **/s/ Jennifer L. Thurston**

5                                            UNITED STATES MAGISTRATE JUDGE