# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL SALGADO, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>T-MOBILE USA, INC., a Delaware corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 1:17-cv-00339-JLT<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE MOTION FOR CLASS CERTIFICATION DEADLINES; ORDER**<br><br>(Doc. 31) |

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | Based upon the stipulation of the parties, the Court **GRANTS** the stipulation and |
| 3 | modified the case schedule as follows: |
| 4 | 1. The deadline for filing the opposition to the motion for class certification and any |
| 5 | class discovery related thereto, is March 29, 2019; |
| 6 | 2. The deadline for filing the optional reply and any class discovery related thereto, |
| 7 | is May 6, 2019; |
| 8 | 3. The parties SHALL complete mediation no later than August 22, 2019; |
| 9 | 4. The hearing on the motion for class certification is continued to September 9, |
| 10 | 2019, 9:00 a.m. |

IT IS SO ORDERED.

Dated: **March 7, 2019**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE