1  KEITH A. JACOBY, Bar No. 150233
   kjacoby@littler.com
2  LITTLER MENDELSON, P.C.
   2049 Century Park East, 5th Floor
3  Los Angeles, CA  90067.3107
   Telephone:   310.553.0308
4  Facsimile:    310.553.5583

5  GREGORY G. ISKANDER, Bar No. 200215
   giskander@littler.com
6  LITTLER MENDELSON, P.C.
   Treat Towers
7  1255 Treat Boulevard, Suite 600
   Walnut Creek, CA  94597
8  Telephone:   925.932.2468
   Facsimile:    925.946.9809

9  SOPHIA BEHNIA, Bar No. 289318
10 sbehnia@littler.com
   PERRY K. MISKA, JR, Bar No. 299129
11 pmiska@littler.com
   LITTLER MENDELSON, P.C.
12 333 Bush Street, 34th Floor
   San Francisco, California  94104
13 Telephone:   415.433.1940
   Facsimile:    415.399.8490

Attorneys for Defendant
T-MOBILE USA, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL SALGADO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., a Delaware corporation; and DOES 1 to 100, inclusive,<br><br>Defendant. | Case No.  1:17-cv-00339-~~DAD~~-JLT<br><br>**JOINT STIPULATION EXTENDING PAGE LIMITATION FOR DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND PLAINTIFF'S REPLY BRIEF AND [~~PROPOSED~~] ORDER**<br><br>(Doc. 33) |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

CASE NO. 1:17-CV-00339-DAD-JLT

JOINT STIPULATION EXTENDING PAGE LIMIT FOR DEFT'S OPPOSITION AND PL'S REPLY BRIEFS AND [~~PROPOSED~~] ORDER

1       Subject to the approval of this Court, Plaintiff EMMANUEL SALGADO and Defendant T-MOBILE USA, INC., through their undersigned counsel, hereby stipulate pursuant to Local Rule 143 as follows:

      1.     Parties have agreed to a stipulation that Plaintiff and Defendant shall have a short ten page extension on Defendant's Opposition to Plaintiff's Motion for Class Certification, and Plaintiff's Reply Brief in Support of his Motion for Class Certification. Accordingly, Defendant may be permitted to file an Opposition to Plaintiff's Motion for Class Certification in excess of the existing page limit, as provided by the Court's August 28, 2017 Scheduling Order (Dkt. No. 23), up to 40 pages in length, exclusive of the caption page, table of contents, table of authorities and supporting documents. Plaintiff likewise may be permitted to file a Reply Brief in Support of his Motion for Class Certification in excess of the existing page limit, as provided by the Court's August 28, 2017 Scheduling Order (Dkt. No. 23), up to 25 pages in length, exclusive of the caption page, table of contents, table of authorizes and supporting documents.

      2.     Good cause exists for granting this stipulation. While the parties appreciate the importance of brevity, the parties will be contesting and analyzing the Federal Rules of Civil Procedure, Rule 23(a) factors of commonality, typicality, adequacy, *all* of the Rule 23(b) factors (including predominance and superiority), Plaintiff's proposed trial management plan, and numerous factual and credibility issues of the case. Thus, the additional ten pages are necessary to allow the parties to respond fully and adequately address all of these issues and arguments.

      3.     The parties have agreed to a mutual ten page extension of the Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Class Certification, and the Memorandum of Points and Authorities In Support of Plaintiff's Reply Brief in Support of Plaintiff's Motion for Class Certification.

**IT IS SO STIPULATED.**

///
///
///
///

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

CASE NO. 1:17-CV-00339-DAD-JLT    2.    JOINT STIPULATION EXTENDING PAGE LIMIT FOR DEFT'S OPPOSITION AND PL'S REPLY BRIEFS AND [PROPOSED] ORDER

| | | |
|---|---|---|
| Dated: March 25, 2019 | | **LAW OFFICES OF KEVIN T. BARNES** |
| | By: | */s/ Kevin T. Barnes* |
| | | Kevin T. Barnes, Esq. |
| | | Gregg Lander, Esq. |
| | | Attorneys for Plaintiff |
| | | Emmanuel Salgado |
| Dated: March 25, 2019 | | **LITTLER MENDELSON, P.C.** |
| | By: | */s/ Perry Miska* |
| | | KEITH A. JACOBY |
| | | GREGORY G. ISKANDER |
| | | SOPHIA BEHNIA |
| | | PERRY K. MISKA |
| | | Littler Mendelson, P.C. |
| | | Attorneys for Defendant |
| | | T-MOBILE USA, INC. |

## [~~PROPOSED~~] ORDER

The Court will grant the stipulation to allow the parties to exceed the page limitations for the opposition to the motion for class certification (up to 40 pages) and the reply (up to 25 pages). However, counsel SHALL make best efforts to edit the briefs, so they are concise, with no repetition or needless block quotes. They are reminded that often, more is not better; it is just more.

IT IS SO ORDERED.

Dated: **March 28, 2019**      /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

CASE NO. 1:17-CV-00339-DAD-JLT    3.    JOINT STIPULATION EXTENDING PAGE LIMIT FOR DEFT'S OPPOSITION AND PL'S REPLY BRIEFS AND [PROPOSED] ORDER