**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMMANUEL SALGADO, on behalf of himself and all others similarly situated, | Case No.: 1:17-cv-00339-JLT |
| Plaintiffs, | **ORDER DENYING WITHOUT PREJUDICE STIPULATION TO CONTINUE MOTION FOR CLASS CERTIFICATION** |
| v. | **DEADLINES; ORDER** |
| T-MOBILE USA, INC., a Delaware corporation; and DOES 1 to 100, inclusive, | (Doc. 41) |
| Defendants. | |

A month ago, the Court granted the stipulation of counsel to amend the deadlines associated with the class certification motion because counsel needed additional time to complete certain discovery before filing the opposition and reply. (Docs. 31, 32) At that time, counsel reported that the parties were set to engage in mediation on August 22, 2019 (Doc. 32 at 3). They have again filed a stipulation to amend the deadlines, this time because they are set to engage in mediation on August 22, 2019. (Doc. 41 at 3) They fail to explain what has changed since their last stipulation and why, if they felt they could comply with the dates they proposed in their last stipulation despite intending to engage in mediation on August 22, 2019, they cannot now do so. Therefore, the Court **ORDERS**:

///

///

///

1.     The stipulation to amend the deadlines related to the class certification motion is **DENIED without prejudice**.  If they choose to renew the stipulation, counsel **SHALL** explain the need for the extension in light of their previous stipulation.

IT IS SO ORDERED.

Dated:    **April 26, 2019**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE