# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL SALGADO, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>T-MOBILE USA, INC., a Delaware corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 1:17-cv-00339-JLT<br><br>**ORDER GRANTING STIPULATION TO CONTINUE MOTION FOR CLASS CERTIFICATION DEADLINES**<br>(Doc. 43) |

The parties report that after the defense filed its opposition, the plaintiff propounded a significant amount of written discovery and sought to take numerous depositions in preparation for preparing his reply. (Doc. 43 at 4) The parties wish to hold off on this discovery until after the mediation that they are scheduled to attend on August 22, 2019. Id. Therefore, the Court **ORDERS**:

1. The stipulation to amend the deadlines related to the class certification motion is **GRANTED** as follows[1]:

    a. All discovery related to the class motion SHALL be completed by September 30, 2019;

    b. The reply brief, if any, SHALL be filed no later than September 30, 2019;

---
[1] The Court has selected different dates than those proposed. Delaying the filing of the reply for two weeks doesn't seem to provide enough time to complete the discovery the plaintiff needs.

1

c. The hearing on the motion for class certification is CONTINUED to October 29, 2019 at 9:00 a.m.

**The Court does not contemplate again continuing deadlines related to the motion for class certification. Any attempt to do so SHALL demonstrate exceptional good cause.**

IT IS SO ORDERED.

Dated: **April 29, 2019**　　　　　　　　　**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE