1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   EMMANUEL SALGADO, on behalf of              Case No.: 1:17-cv-00339-JLT
     himself and all others similarly situated,
12                                               **ORDER AFTER NOTICE OF**
             Plaintiffs,                         **SETTLEMENT**
13
             v.
14
     T-MOBILE USA, INC., a Delaware
15   corporation; and DOES 1 to 100, inclusive,

16           Defendants.

17

18          The parties have reported that they have resolved this case.  Though they reported they intended

19   to file a notice of settlement by September 15, 2019, that has not occurred.  Thus, the Court **ORDERS**:

20          1.      The motion for preliminary approval of the class settlement **SHALL** be filed **no**

21   **later than October 29, 2019**;

22          2.      All pending dates, conferences and hearings are **VACATED**.

23   **The parties are advised that failure to comply with this order may result in the Court imposing**

24   **sanctions, including the dismissal of the action.**

25

26   IT IS SO ORDERED.

27       Dated:   **September 17, 2019**              **_/s/ Jennifer L. Thurston_**
                                                      UNITED STATES MAGISTRATE JUDGE
28