1  Kevin T. Barnes, Esq. (SBN 138477)
   Gregg Lander, Esq. (#194018)
2  LAW OFFICES OF KEVIN T. BARNES
   1635 Pontius Avenue, Second Floor
3  Los Angeles, CA 90025-3361
   Tel.: (323) 549-9100 / Fax: (323) 549-0101
4  Email: Barnes@kbarnes.com

5  Raphael A. Katri, Esq. (SBN 221941)
   LAW OFFICES OF RAPHAEL A. KATRI
6  8549 Wilshire Boulevard, Suite 200
   Beverly Hills, CA 90211-3104
7  Tel.: (310) 940-2034 / Fax: (310) 733-5644
   Email: RKatri@socallaborlawyers.com
8
   Attorneys for Plaintiff EMMANUEL SALGADO,
9  on behalf of himself and all others similarly situated

10                    **UNITED STATES DISTRICT COURT**

11                    **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 12  EMMANUEL SALGADO, on behalf of himself and all others similarly situated, | **CLASS ACTION** |
| 13 | Case No.: 1:17-cv-00339-JLT |
| 14          Plaintiffs, | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF KEVIN T. BARNES, and [PROPOSED] ORDER IN SUPPORT THEREOF** |
| 15          v. | |
| 16  T-MOBILE USA, INC., a Delaware corporation; and DOES 1 to 100, inclusive, | |
| 17 | |
| 18          Defendants. | |
| 19 | Date: November 26, 2019<br>Time: 9:30 a.m.<br>Courtroom: 5 |
| 20 | |
| 21 | Honorable Jennifer L. Thurston |
| 22 | Action filed: February 3, 2017<br>Trial Date: None Set |
| 23 | |

24  ///

25  ///

26  ///

27

28

- 1 -

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

*Additional Counsel for Plaintiffs*

Dennis F. Moss Esq. (SBN 77512)
Ari E. Moss, Esq. (SBN 238579)
MOSS BOLLINGER, LLP
15300 Ventura Boulevard, Suite 207
Sherman Oaks, CA 91403
Tel: (310) 773-0323 / Fax: (310) 861-0389
Email: dennis@dennismosslaw.com

Sahag Majarian II, Esq. (SBN 146621)
LAW OFFICES OF SAHAG MAJARIAN II
18250 Ventura Boulevard
Tarzana, CA 91356
Tel: (818) 609-0807 / Fax: (818) 609-0892
Email: sahagII@aol.com

Attorneys for Plaintiff DAVID GARCIA
Individually and on behalf of all others similarly situated

Matthew J. Matern, Esq. (SBN 159798)
Joshua D. Boxer, Esq (226712)
MATERN LAW GROUP, PC
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA 90266
Tel: (310) 531-1900 / Fax: (310) 531-1901
Email: MMatern@maternlawgroup.com

Attorneys for Plaintiff GAEL F. GROB
Individually, and on behalf of all others similarly situated

Nazo Koulloukian, Esq. (SBN 263809)
KOUL LAW FIRM
3435 Wilshire Boulevard, Suite 1710
Los Angeles, CA 90010
Tel: (213) 761-5484 / Fax: (818) 561-3938
Email: nazo@koullaw.com

Sahag Majarian II, Esq. (SBN 146621)
LAW OFFICES OF SAHAG MAJARIAN II
18250 Ventura Boulevard
Tarzana, CA 91356
Tel: (818) 609-0807 / Fax: (818) 609-0892
Email: sahagII@aol.com

Attorneys for Plaintiff ANDRE WONG
on behalf of himself and all aggrieved employees

LAW OFFICES OF
KEVIN T. BARNES
1635 PONTIUS AVENUE,
SECOND FLOOR
LOS ANGELES, CA 90025
TEL.: (323) 549-9100
FAX: (323) 549-0101
BARNES@KBARNES.COM

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

YOU ARE HEREBY NOTIFIED THAT on November 26, 2019 at 9:30 a.m. or as soon thereafter as the matter may be heard, in Courtroom 5 of the United States District Court – Eastern District of California, located at 510 19th Street, Bakersfield, California 93301, Plaintiffs and Defendant will move for an Order granting Preliminary Approval for Class Action Settlement, for an Order conditionally certifying the action as a Class for settlement purposes only, for an Order appointing Plaintiffs Emmanuel Salgado, David Garcia, Gael F. Grob and Andre Wong as the Class Representatives of the proposed settlement Class, and for an Order confirming the appointment of The Law Offices of Kevin T. Barnes, Law Offices of Raphael A. Katri, Matthew J. Matern of Matern Law Group, PC; Nazo Koulloukian of Koul Law Firm; Sahag Majarian, II of Law Offices of Sahag Majarian II; and Dennis F. Moss and Ari Moss of Moss Bollinger LLP as Class Counsel for the settlement Class. Good cause exists for the granting of the Motion in that the proposed settlement is fair, reasonable, and adequate.

The Motion will be based on this Notice of Motion, the Declarations of Plaintiffs' Counsel, the Memorandum of Points and Authorities set forth below, and on such oral and documentary evidence as may be presented at the hearing of the Motion.

Dated: October 29, 2019           LAW OFFICES OF KEVIN T. BARNES

By: /s/ Kevin T. Barnes
Kevin T. Barnes, Esq.
Gregg Lander Esq.
Attorneys for Plaintiffs

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

LAW OFFICES OF
KEVIN T. BARNES
1635 PONTIUS AVENUE,
SECOND FLOOR
LOS ANGELES, CA 90025
TEL.: (323) 549-9100
FAX: (323) 549-0101
BARNES@KBARNES.COM