Kevin T. Barnes, Esq. (#138477)
Gregg Lander, Esq. (#194018)
LAW OFFICES OF KEVIN T. BARNES
1635 Pontius Avenue, Second Floor
Los Angeles, CA 90025-3361
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Email: Barnes@kbarnes.com

Raphael A. Katri, Esq. (#221941)
LAW OFFICES OF RAPHAEL A. KATRI
8549 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90211-3104
Tel.: (310) 940-2034 / Fax: (310) 733-5644
Email: RKatri@socallaborlawyers.com

Attorneys for Plaintiff EMMANUEL SALGADO,
on behalf of himself and all others similarly situated

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL SALGADO, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> T-MOBILE USA, INC., a Delaware corporation; and DOES 1 to 100, inclusive, <br><br> Defendants. | **CLASS ACTION** <br><br> Case No.: 1:17-cv-00339-JLT <br><br> **[~~PROPOSED~~] ORDER RE: STIPULATION REGARDING FIRST AMENDED COMPLAINT** <br><br> (Doc. 49) |

## ORDER

Based upon the stipulation of the parties, the Court **ORDERS**

    1.    Plaintiffs may file a first amended complaint. The first amended complaint filed as Doc. 50 is deemed filed and personally served on all parties as of the date that the docketing of this order;

///

///

///

///

Law Offices of
Kevin T. Barnes
1635 Pontius Avenue,
Second Floor
Los Angeles, CA 90025
Tel.: (323) 549-9100
Fax: (323) 549-0101
Barnes@kbarnes.com

1      2.      The defendant's answers to the plaintiffs' original Complaint shall be

2 deemed the answer to the first amended complaint.

3

4 IT IS SO ORDERED.

5    Dated:   **November 7, 2019**         **/s/ Jennifer L. Thurston**

6                                                UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Offices of
Kevin T. Barnes
1635 Pontius Avenue,
Second Floor
Los Angeles, CA 90025
Tel.: (323) 549-9100
Fax: (323) 549-0101
Barnes@kbarnes.com

- 2 -
**ORDER**