# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL SALGADO, GAEL GROB, DAVID GARCIA, and ANDRE WONG behalf of themselves and all other similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>T-MOBILE USA, INC., et al.,<br><br>    Defendants. | Case No.: 1:17-cv-00339 - JLT<br><br>ORDER DENYING APPROVAL OF THE REVISED CLASS NOTICE<br><br>(Doc. 56)<br><br>ORDER DIRECTING PLAINTIFFS TO FILE AN AMENDED CLASS NOTICE NO LATER THAN DECEMBER 5, 2019 |

    Plaintiffs have submitted a revised Class Notice for the Court's approval. (Doc. 56) However, the Class Notice fails to include revisions ordered by the Court in its order granting preliminary approval of the class settlement. The Court ordered the parties to include the address and phone number of the Settlement Administrator. (Doc. 55 at 21)

    In the proposed class notice, the Settlement Administrator is identified as Rust Consulting. However, the email address, phone number, and website remain unidentified for Class Members to contact the Settlement Administrator (*See* Doc. 56 at 10)

    Further, the Court notes that the location of the Final Approval Hearing should be modified, to omit a courtroom number for the United States District Courthouse in Bakersfield, California. (*See* Doc. 56 at 6, 9)

///

1

| | |
|---|---|
| 1 | Because additional revisions are required to the Class Notice, the Court **ORDERS**: |
| 2 | 1. Final approval of the Class Notice (Doc. 56) is **DENIED**; and |
| 3 | 2. Plaintiffs **SHALL** file a Class Notice curing the deficiencies identified by this Order no |
| 4 | later than **December 5, 2019**. |
| 6 | IT IS SO ORDERED. |
| 7 | Dated: **December 4, 2019**      **/s/ Jennifer L. Thurston** |
| 8 | UNITED STATES MAGISTRATE JUDGE |