# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL SALGADO, GAEL GROB, DAVID GARCIA, and ANDRE WONG behalf of themselves and all other similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>T-MOBILE USA, INC., et al.,<br><br>　　　　　　Defendants. | Case No.: 1:17-cv-00339 - JLT<br><br>ORDER GRANTING APPROVAL OF THE FINALIZED NOTICE OF CLASS ACTION SETTLEMENT<br><br>(Doc. 58) |

The plaintiffs filed an amended Notice of Class Action Settlement (Doc. 58 at 5-10), which includes the revisions required by the Court. In addition, it contains the information required by Rule 23(c) of the Federal Rules of Civil Procedure, including the nature of the action, the class definition approved by the Court, the claims and issues to be resolved, representation by counsel, how a class member may choose to be excluded from the class, the time and method to opt-out of the class, and the binding effect of a class judgment. For these reasons, the finalized Class Notice is **APPROVED**.

IT IS SO ORDERED.

　　Dated: __**December 6, 2019**__　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1