# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL SALGADO, GAEL GROB, DAVID GARCIA, and ANDRE WONG behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br>v.<br><br>T-MOBILE USA, INC., et al.,<br><br>Defendant. | Case No.: 1:17-cv-0339 JLT<br><br>ORDER TO SAHAG MAJARIAN II, TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO SEEK ADMISSION TO THIS COURT |

Emmanuel Salgado, Gael Grob, David Garcia, and Andre Wong assert T-Mobile USA is liable for violations of wage and hour laws and seek to prosecute this action on behalf of themselves and all other similarly situated employees of T-Mobile. Following the filing of the First Amended Complaint, (Doc. 50), the Clerk of Court noticed several attorneys for the newly identified plaintiffs were not admitted to practice in this Court. Therefore, the Clerk issued a notice directing counsel to submit a petition to practice in the Eastern District on November 25, 2019. (Doc. 52) Nevertheless, to date, Sahag Majarian II, counsel for plaintiff David Garcia, has not been admitted.

///
///
///
///

1

Accordingly, the Court **ORDERS**: <u>**No later than December 29, 2019**</u> counsel for David Garcia, Sahag Majarian II, **SHALL** show cause in writing why he should not be sanctioned for failing to seek admission to this Court. Alternatively, within this same time frame, he may seek to withdraw as counsel of record or may seek to be admitted to this Court.

IT IS SO ORDERED.

Dated: **December 6, 2019**         /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE