# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL SALGADO, GAEL GROB, DAVID GARCIA, and ANDRE WONG behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br>v.<br><br>T-MOBILE USA, INC., et al.,<br><br>Defendant. | Case No.: 1:17-cv-0339 JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE TO COUNSEL SAHAG MAJARIAN II |

Previously, the Court ordered Plaintiffs' counsel Sahag Majarian II to show cause in writing why sanctions should not be imposed for his failure to seek admission in this Court. (Doc. 60) In the alternative, Mr. Majarian was informed he "may seek to withdraw as counsel of record or may seek to be admitted to this Court." (*Id.* at 2) The Court's records indicate that he has now been admitted to practice within the Eastern District. Accordingly, the Order to Show Cause dated December 6, 2019 (Doc. 60) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **December 13, 2019**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE