Kevin T. Barnes, Esq. (#138477)
Gregg Lander, Esq. (#194018)
LAW OFFICES OF KEVIN T. BARNES
1635 Pontius Avenue, Second Floor
Los Angeles, CA 90025-3361
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Email: Barnes@kbarnes.com

Raphael A. Katri, Esq. (#221941)
LAW OFFICES OF RAPHAEL A. KATRI
8549 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90211-3104
Tel.: (310) 940-2034 / Fax: (310) 733-5644
Email: RKatri@socallaborlawyers.com

Attorneys for Plaintiff EMMANUEL SALGADO,
on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL SALGADO, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>T-MOBILE USA, INC., a Delaware corporation; and DOES 1 to 100, inclusive,<br><br>    Defendants. | **CLASS ACTION**<br><br>Case No.: 1:17-cv-00339-JLT<br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  March 2, 2020<br>Time:  9:00 a.m.<br>Courtroom 5<br><br>Honorable Jennifer L. Thurston<br><br>Action filed: February 3, 2017<br>Trial Date: None Set |

- 1 -

**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT**

Law Offices of
Kevin T. Barnes
1635 Pontius Avenue,
Second Floor
Los Angeles, CA 90025
Tel.: (323) 549-9100
Fax: (323) 549-0101
Barnes@kbarnes.com

*Additional Counsel for Plaintiffs*

Dennis F. Moss Esq. (SBN 77512)
Ari E. Moss, Esq. (SBN 238579)
MOSS BOLLINGER, LLP
15300 Ventura Boulevard, Suite 207
Sherman Oaks, CA 91403
Tel: (310) 773-0323 / Fax: (310) 861-0389
Email: dennis@dennismosslaw.com

Sahag Majarian II, Esq. (SBN 146621)
LAW OFFICES OF SAHAG MAJARIAN II
18250 Ventura Boulevard
Tarzana, CA 91356
Tel: (818) 609-0807 / Fax: (818) 609-0892
Email: sahagII@aol.com

Attorneys for Plaintiff DAVID GARCIA
Individually and on behalf of all others similarly situated

Matthew J. Matern, Esq. (SBN 159798)
Joshua D. Boxer, Esq (226712)
MATERN LAW GROUP, PC
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA 90266
Tel: (310) 531-1900 / Fax: (310) 531-1901
Email: MMatern@maternlawgroup.com

Attorneys for Plaintiff GAEL F. GROB
Individually, and on behalf of all others similarly situated

Nazo Koulloukian, Esq. (SBN 263809)
KOUL LAW FIRM
3435 Wilshire Boulevard, Suite 1710
Los Angeles, CA 90010
Tel: (213) 761-5484 / Fax: (818) 561-3938
Email: nazo@koullaw.com

Sahag Majarian II, Esq. (SBN 146621)
LAW OFFICES OF SAHAG MAJARIAN II
18250 Ventura Boulevard
Tarzana, CA 91356
Tel: (818) 609-0807 / Fax: (818) 609-0892
Email: sahagII@aol.com

Attorneys for Plaintiff ANDRE WONG
on behalf of himself and all aggrieved employees

Law Offices of
Kevin T. Barnes
1635 Pontius Avenue,
Second Floor
Los Angeles, CA 90025
Tel.: (323) 549-9100
Fax: (323) 549-0101
Barnes@kbarnes.com

- 2 -

**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

YOU ARE HEREBY NOTIFIED THAT on March 2, 2020, at 9:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 5 of the United States District Court, Eastern District located at 510 19th Street, Suite 200, Bakersfield, CA 93301. Plaintiffs will move for an order granting final approval for the class action settlement, for an order conditionally certifying the action as a class for settlement purposes only, for an order appointing Emmanuel Salgado, David Garcia, Gael Grob and Andre Wong as the Class Representatives of the proposed Settlement Class, and for an order confirming the appointment of Kevin T. Barnes, Gregg Lander and Raphael A. Katri, Dennis Moss, Sahag Majarian, Matthew Matern and Nazo Koulloukian as Class Counsel for the Settlement Class.  Good cause exists for the granting of the Motion in that the proposed settlement is fair, reasonable, and adequate.

The Motion will be based on this Notice of Motion, the Declarations of Plaintiffs' counsel, Declarations of the Class Representatives, the Memorandum of Points and Authorities set forth below, and on such oral and documentary evidence as may be presented at the hearing of the Motion.

Dated:  January 15, 2020         LAW OFFICES OF KEVIN T. BARNES
                                 LAW OFFICE OF RAPHAEL A. KATRI

                          By:    */s/ Kevin T. Barnes*
                                 Kevin T. Barnes, Esq.
                                 Gregg Lander, Esq.
                                 Attorneys for Plaintiffs

**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Law Offices of
Kevin T. Barnes
1635 Pontius Avenue,
Second Floor
Los Angeles, CA 90025
Tel.: (323) 549-9100
Fax: (323) 549-0101
Barnes@kbarnes.com