# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL SALGADO, GAEL GROB, DAVID GARCIA, and ANDRE WONG behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br>v.<br>T-MOBILE USA, INC., et al.,<br><br>Defendant. | Case No.: 1:17-cv-00339 JLT<br><br>ORDER AFTER INFORMAL TELEPHONIC CONFERENCE RE: STATUS OF THE SETTLEMENT |

The Court held an informal telephonic conference (Doc. 64) at the request of counsel after they learned that the data collection efforts identifying the prospective class members and the proper number of work weeks associated with each class member was flawed. Counsel have agreed that the defendant will retain a third-party IT consultant who will assist in creating the algorithm needed to correctly gather the data and to verify the accuracy of the data collected. They agree also that, assuming that the number of work weeks at issue remain with the tolerance anticipated in the settlement agreement, the prospective class would need to re-noticed[1] and the final approval and fairness hearing continued to an appropriate time. Thus, upon the agreement of counsel, the Court **ORDERS**:

1. The supplemental filing of claims statistics for the final approval motion, currently set

---

[1] Counsel agree also that the re-notice costs will be borne by the defendant.

to occur on February 24, 2020, is **VACATED**;

    2. The Final Approval and Fairness Hearing currently set on March 2, 2020 at 9:00 a.m., is **VACATED**;

    3. The deadline by which class members may opt out is **VACATED**;

    4. The deadline by which objections to the final approval of the settlement must be filed is **VACATED**;

    5. **No later than March 13, 2020**, counsel SHALL file a joint report detailing the status of the settlement given the corrections in the data collected;

    6. Assuming the renewed data collection effort does not impact the viability of the settlement, **no later than March 27, 2020**, counsel SHALL file a stipulation setting forth revised deadlines for settlement of this class action. At that time, they SHALL file a revised notice packet.

IT IS SO ORDERED.

    Dated: **February 13, 2020**          **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE