KEITH A. JACOBY, Bar No. 150233
kjacoby@littler.com
Littler Mendelson, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

GREGORY G. ISKANDER, Bar No. 200215
giskander@littler.com
Littler Mendelson, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809

SOPHIA BEHNIA, Bar No. 289318
sbehnia@littler.com
PERRY K. MISKA, JR, Bar No. 299129
pmiska@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants
T-MOBILE USA, INC., T-MOBILE US, INC., and METROPCS COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL SALGADO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No. 1:17-cv-00339-JLT<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE SETTLEMENT ADMINISTRATION DEADLINES**<br><br>**(Doc. 68)** |

*Counsel for Plaintiffs*

Kevin T. Barnes, Esq. (#138477)
Gregg Lander, Esq. (#194018)
LAW OFFICES OF KEVIN T. BARNES
1635 Pontius Avenue, Second Floor
Los Angeles, CA 90025-3361
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Email: Barnes@kbarnes.com

Raphael A. Katri, Esq. (#221941)
LAW OFFICES OF RAPHAEL A. KATRI
8549 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90211-3104
Tel.: (310) 940-2034 / Fax: (310) 733-5644
Email: RKatri@socallaborlawyers.com
*Attorneys for Plaintiff EMMANUEL SALGADO*
*on behalf of himself and all others similarly situated*

Dennis F. Moss Esq. (#77512)
Ari E. Moss, Esq. (#238579)
MOSS BOLLINGER, LLP
15300 Ventura Boulevard, Suite 207
Sherman Oaks, CA 91403
Tel: (310) 773-0323 / Fax: (310) 861-0389
Email: Dennis@dennismosslaw.com
*Attorneys for Plaintiff DAVID GARCIA*
*individually and on behalf of all others similarly situated*

Nazo Koulloukian, Esq. (#263809)
KOUL LAW FIRM
3435 Wilshire Boulevard, Suite 1710
Los Angeles, CA 90010
Tel: (213) 761-5484 / Fax: (818) 561-3938
Email: Nazo@koullaw.com
*Attorneys for Plaintiff ANDREWONG*
*on behalf of himself and all aggrieved employees*

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

CASE NO.: l:17-cv-00339-JLT

1.

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION

Sahag Majarian II, Esq. (SBN 146621)
LAW OFFICES OF SAHAG MAJARIAN II
18250 Ventura Boulevard
Tarzana, CA 91356
Tel: (818) 609-0807 / Fax: (818) 609-0892
Email: SahagII@aol.com
*Attorneys for Plaintiff DAVID GARCIA*
*individually and on behalf of all others similarly situated and Plaintiff*
*ANDRE WONG on behalf of himself and all aggrieved employees*

Matthew J. Matern, Esq. (#159798)
Joshua D. Boxer, Esq (#226712)
MATERN LAW GROUP, PC
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA 90266
Tel: (310) 531-1900 / Fax: (310) 531-1901
Email: MMatern@maternlawgroup.com
*Attorneys for Plaintiff GAEL F. GROB*
*individually and on behalf of all others similarly situated*

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

CASE NO.: 1:17-cv-00339-JLT 2. [PROPOSED] ORDER GRANTING JOINT STIPULATION

## [PROPOSED] ORDER

The Court, having considered the parties' Joint Stipulation regarding Settlement Administration Deadlines ("Joint Stipulation"), finds that good cause exists and hereby ORDERS the following settlement deadlines:

1. The Settlement Administrator shall mail the approved Revised Notice to Class Members (attached as Exhibit A to the parties' Joint Stipulation) and Notice to Non-Class Members (attached as Exhibit C to the parties' Joint Stipulation) (collectively, the "Revised Class Notices") within fifteen days of this Order.

2. A class member who wishes to be excluded from the settlement shall postmark the Exclusion Request within 45 days of the date of the mailing of the Revised Class Notices. Any Exclusion Request that was previously submitted will result in the exclusion of the class member from this settlement *unless*, within 45 days of the date of the mailing of the Revised Class Notices, the class member submits a request to remain a part of this settlement and void the prior Exclusion Request.

3. Any objections to or comments on the Settlement Agreement shall be filed with the Court and mailed to the Settlement Administrator no later than within 45 days of the date of the mailing of the Revised Class Notices.

4. The supplemental filing of claims statistics for the final approval motion shall be filed no later than June 8, 2020.

5. The Final Approval and Fairness Hearing shall held on June 15, 2020 at 9:00 a.m., before this Court.

FURTHERMORE, the Revised Notice to Class Members, attached to the parties' Joint Stipulation as Exhibit A, is hereby APPROVED with the proviso that counsel will insert the information missing from pages 2, 4, 5, 6 and 7 before mailing.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

CASE NO.: 1:17-cv-00339-JLT     3.     [PROPOSED] ORDER GRANTING JOINT STIPULATION

FURTHERMORE, the Notice to Non-Class Members, to the parties' Joint Stipulation as Exhibit C, is hereby APPROVED with the proviso that counsel will insert the information missing from page 1 before mailing.

IT IS SO ORDERED.

Dated: **March 27, 2020**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468