1
2
SOPHIA BEHNIA, Bar No. 289318
sbehnia@littler.com
3
PERRY K. MISKA, JR, Bar No. 299129
pmiska@littler.com
4
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
5
San Francisco, CA 94104
Telephone:   415.433.1940
Facsimile:   415.399.8490
6

7
Attorneys for Defendants
T-MOBILE USA, INC., T-MOBILE US, INC., and METROPCS
COMMUNICATIONS, INC.
8

UNITED STATES DISTRICT COURT
9

EASTERN DISTRICT OF CALIFORNIA
10

11
| EMMANUEL SALGADO, DAVID GARCIA, ANDRE WONG, and GAEL F. GROB, on behalf of themselves and all others similarly situated, | Case No.  1:17-cv-00339-JLT |

**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION REGARDING FINAL DISTRIBUTION OF SETTLEMENT**
(Doc. 76)

Plaintiffs,

v.

T-MOBILE USA, INC., T-MOBILE US, INC., and METROPCS COMMUNICATIONS, INC., Delaware corporations; and DOES 1 to 10, inclusive,

Defendants.

**[~~PROPOSED~~] ORDER**

The Court, having read and considered the Stipulation Regarding Final Distribution of Settlement, and finding good cause, hereby orders as follows:

1.    The Court authorizes a second distribution in which the remaining Net Settlement Fund (less a $5,239.76 administration expense) shall be distributed to the Settlement Class Members who did not cash their first-distribution checks.  These second-distribution checks to Settlement Class Members shall be in the same amount as their first-distribution checks.  The Court authorizes a payment of $5,239.76 to the

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

1:17-cv-00339-JLT

JOINT STIPULATION REGARDING FINAL DISTRIBUTION OF SETTLEMENT

Settlement Administrator from the Net Settlement Fund for the expense of the second distribution.  The checks for the second distribution shall be valid for sixty (60) days after mailing, after which point the checks shall be void and not reissued and the remaining funds sent to the cy pres recipient.

IT IS SO ORDERED.

Dated:   **February 10, 2021**               **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

2.                                   1:17-cv-00339-JLT

JOINT STIPULATION REGARDING FINAL DISTRIBUTION OF SETTLEMENT